MICHAEL T. MELONI, *Pro Se*
1822 E. Route 66, No. 271
Glendora, CA 91740

*Pro Se* Plaintiff and Counter-Defendant

BARBARA I. ANTONUCCI (State Bar No. 209039)
bantonucci@constangy.com
SARAH K. HAMILTON (State Bar No. 238819)
shamilton@constangy.com
CHRISTIN A. LAWLER (State Bar No. 272607)
clawler@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE LLP**
351 California Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 918-3000
Facsimile: (415) 918-3017

Attorneys for Defendants and Counterclaimants
ELLUCIAN COMPANY L.P. AND
JUDGE TECHNICAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL T. MELONI and DYNAMICS RESOURCES GROUP, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ELLUCIAN COMPANY L.P., dba RECRUIT, a West Virginia Partnership, and JUDGE TECHNICAL SERVICES, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 18-cv-03548-R-AFM<br><br>**ORDER RE STIPULATION OF DISMISSAL** |

-1-
ORDER RE STIPULATION OF DISMISSAL

|   |   |
|---|---|
| 1 | ELLUCIAN COMPANY L.P., dba RECRUIT, a West Virginia Partnership, and JUDGE TECHNICAL SERVICES, INC., a Delaware Corporation, |
| 2 | |
| 3 | |
| 4 | Counterclaimants, |
| 5 | vs. |
| 6 | MICHAEL T. MELONI, and DOES 1-10, |
| 7 | Counter Defendants. |

Plaintiffs and Counter-Defendant Michael T. Meloni and Dynamics Resources Group, LLC, and Defendants and Counterclaimants Ellucian Company L.P. and Judge Technical Services, Inc. (collectively, "the Parties"), have stipulated that the above-captioned action be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii).

NOW, THEREFORE, it is hereby ordered:

1. Plaintiffs' Complaint against Defendants shall be dismissed in its entirety with prejudice.

2. Counterclaimants' Counterclaim against Michael Meloni shall be dismissed in its entirety with prejudice.

3. Each party shall bear his/its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: August 8, 2018

_____
The Honorable Manuel L. Real
United States District Court